UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN
DIVISION

| | |
|---|---|
| MAURICE SHELTON, CHAD WHITNEY and SCHANELL ROWLETT, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>CREDICO (USA) LLC, JESSE YOUNG, and ASSURANCE INTERNATIONAL, INC.<br><br>    Defendants. | Case No: 1:15 cv-10218 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby dismiss the above-captioned action and all claims asserted in the action with prejudice and without costs.

Dated: December 6, 2016

Respectfully submitted,

MAURICE SHELTON, SCHANELL ROWLETT, and CHAD WHITNEY, individually and on behalf of all others similarly situated,

By their attorneys:

/s/ Harold L. Lichten_____
Harold L. Lichten (*pro hac vice*)
Jill Kahn (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
hlichten@llraw.com
jkahn@llrlaw.com

1

                      James B. Zouras
                      Ryan F. Stephan
                      STEPHAN ZOURAS, LLP
                      205 N. Michigan Ave, Suite 2560
                      Chicago, IL  60601
                      (312) 233–1550
                      JZouras@stephanzouras.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 6, 2016, I caused a copy of this document to be served by electronic filing on all counsel of record.

                      /s/Harold L. Lichten___
                      Harold L. Lichten, Esq.